David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Ave., Suite 350
Henderson, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Matthew I. Knepper, Esq.
Nevada Bar No. 12796
Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
10040 W. Cheyenne Ave., Suite 170-109
Las Vegas, NV 89129
Phone: (702) 825-6060
FAX: (702) 447-8048
Email: matthew.knepper@knepperclark.com
Email: miles.clark@knepperclark.com

*Attorney for Plaintiff*
*Rosica E. Nencheva*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSICA E. NENCHEVA,<br><br>Plaintiff,<br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION, LLC; EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendants. | Civil Action No.: |

**DISCLOSURE OF CORPORATE AFFILIATIONS AND OTHER ENTITIES WITH A DIRECT FINANCIAL INTEREST IN LITIGATION**

Pursuant to Fed.R.Civ.P. 7.1 and Local Civil Rule 7.3, or Fed.R.Crim.P. 12.4 and Local Criminal Rule 12.3, Rosica E. Nencheva who is Plaintiff, makes the following disclosure:

1. The party is not a publicly held corporation or other publicly held entity.
2. The party does not have a parent corporation.
3. There is no 10% or more of the stock of a party owned by a publicly held corporation or other publicly held entity.
4. There is no any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation.
5. The party is not a trade association.
6. The case does not arise out of a bankruptcy proceeding.

Dated: July 2, 2018

                Respectfully submitted,

By    /s/ David H. Krieger, Esq.
        David H. Krieger, Esq.
        Nevada Bar No. 9086
        HAINES & KRIEGER, LLC
        8985 S. Eastern Ave., Suite 350
        Henderson, NV 89123
        Phone: (702) 880-5554
        FAX: (702) 385-5518
        Email: dkrieger@hainesandkrieger.com

        Matthew I. Knepper, Esq.
        Nevada Bar No. 12796
        Miles N. Clark, Esq.
        Nevada Bar No. 13848
        KNEPPER & CLARK LLC
        10040 W. Cheyenne Ave., Suite 170-109
        Las Vegas, NV 89129
        Phone: (702) 825-6060
        FAX: (702) 447-8048
        Email: matthew.knepper@knepperclark.com
        Email: miles.clark@knepperclark.com

        *Attorneys for Plaintiff Rosica E. Nencheva*