Lindsey H. Morales, Esq.
State Bar No. 11519
McCALLA RAYMER LEIBERT PIERCE, LLP
1635 Village Center Circle, Suite 130
Las Vegas, Nevada 89134
Telephone: (702) 425-7267
Facsimile: (702) 444-3103
*Attorney for JPMorgan Chase Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROSICA E. NENCHEVA, | Case No.: 2:18-cv-01198-GMN-CWH |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT JPMORGAN CHASE BANK, N.A TO RESPOND TO PLAINTIFF'S COMPLAINT (FIRST REQUEST)** |
| JPMORGAN CHASE BANK, NA; EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff Rosica E. Nencheva (hereafter "Plaintiff") through their attorneys David H. Krieger, Esq. & Matthew I. Knepper, Esq., and Lindsey H. Morales, Esq., attorney for Defendant JPMorgan Chase Bank, N.A., (hereafter "Chase") that Defendant Chase may have additional time within which to answer or otherwise respond to Plaintiff's Complaint. Specifically, the parties have agreed to extend Defendant's time to respond by an additional 30 days; therefore, Defendant may answer or otherwise respond to Plaintiff's Complaint on or before August 26, 2018.

**/ / /**

**/ / /**

/ / /

/ / /

/ / /

-1-

The parties further agree that good cause exists for this extension.  The amended response deadline allows Defendant to continue investigating the matter and for the parties to continue their productive discussions regarding the dispute.

Signed this 27th day of July, 2018       Signed this 27th day of July, 2018

McCALLA RAYMER LEIBERT PIERCE, LLP

By: /s/ Lindsey H. Morales                        By: /s/ Matthew I. Knepper
Lindsey H. Morales, Esq.                         David H. Krieger, Esq. (Nevada Bar No. 9086)
Nevada Bar No. 11519                             Haines & Krieger, LLC
McCalla Raymer Leibert Pierce, LLP               8985 S. Eastern Ave., Suite 350
1635 Village Center Circle, Ste. 130             Las Vegas, Nevada 89123
Las Vegas, Nevada 89134                          (702) 425-7267
(702) 880-5554
*Attorney for Chase Bank, N.A.*                   Matthew I. Knepper, Esq.
                                                  Nevada Bar No. 12796
                                                  Miles N. Clark, Esq. (Nevada Bar No. 13848)
                                                  Knepper & Clark, LLC
                                                  10040 W. Cheyenne Ave., Suite 170-109
                                                  Las Vegas, Nevada 89129
                                                  (702) 825-6060
                                                  *Attorneys for Plaintiff Rosica E. Nencheva*

## **ORDER**

**IT IS ORDERED.**  Defendant shall answer or otherwise respond to Plaintiff's Complaint on or before August 26, 2018.

Dated this _30_ _ day of _____July_____, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

 /s/ Lindsey H. Morales
Lindsey H. Morales, Esq.
McCalla Raymer Liebert Pierce LLP
1635 Village Center Circle, Suite 130
Las Vegas, Nevada 89134
Lindsey.morales@mccalla.com

-2-